HYMAN PRATTER, Respondent, *v.* J. LEON LASCOFF et al., Constituting the NEW YORK STATE BOARD OF PHARMACY, Appellants.

(Argued December 7, 1932; decided January 10, 1933.)

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Harold Greenstein* of counsel), for appellants.

*Joseph J. Hammer* for New York State Pharmaceutical Association and the New York Pharmaceutical Conference, *amicus curiæ.*

*Charles A. Brind, Jr.,* for the New York State Pharmaceutical Association, *amicus curiæ.*

*Philip Halpern* and *Milton H. Friedman* for respondent.

Judgment affirmed, with costs, on the authority of *Liggett Co.* v. *Baldridge* (278 U. S. 105). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.